UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE WILLIAMSON, and GERALD BEAUCHESNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MICROSEMI CORP., PETT ACQUISITION CORP., SYMMETRICOM, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 14-CV-01827-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

The Case Management Conference currently scheduled for November 6, 2014, at 1:30 p.m. is hereby VACATED. The hearing for preliminary approval of class settlement, scheduled for the same date and time, will remain as set.

In addition, on October 7, 2014, and October 9, 2014, representative for the Plaintiffs sent the attached emails to the Courtroom Deputy. These are ex parte communications with the Court that are prohibited by Civil Local Rule 11-4(c), and they will be disregarded as such.

The only email communications that the parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel. All substantive issues must be discussed in filings.

1

Case No.: 14-CV-01827-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
LUCY H. KOH
United States District Judge

-----Forwarded by CRD LHK/CAND/09/USCOURTS on 10/10/2014 09:48AM -----
To: "lhkcrd@cand.uscourts.gov" <lhkcrd@cand.uscourts.gov>
From: Al Garcia <agarcia@mhpsf.com>
Date: 10/09/2014 10:10AM
Subject: FW: Williamson, et al. v. Microsemi Corp., et al. - Case # 5:14-cv-01827 LK

Mistyped your email address earlier.  Please see below.  Thank you.


From: Al Garcia
Sent: Thursday, October 09, 2014 10:08 AM
To: 'ihkerd@cand.uscourt.gov'
Cc: Scott Stillman
Subject: FW: Williamson, et al. v. Microsemi Corp., et al. - Case # 5:14-cv-01827 LK


Following up on my October 7th inquiry (please see below).  I called you this morning and heard you voice message indicating you prefer email communication.  Kindly advise as to the CMC requirement for the upcoming 11/6/2014 CMC and Settlement Motion hearing.


Much appreciated.  Thank you.


From: Al Garcia
Sent: Tuesday, October 07, 2014 3:02 PM
To: 'lhkcrd@cand.uscourts.gov'
Subject: Williamson, et al. v. Microsemi Corp., et al. - Case # 5:14-cv-01827 LK


Hearing Date:  November 6, 2014 / 1:30 p.m.

Purpose:  Case Management Conference AND Motion Hearing (re settlement)

Location:  Courtroom 8

Representing:  Plaintiffs

Attys:  Cliff Palefsky and Scott M. Stillman

Question:  Will the Court require the filing of a CMC Statement considering the Court will also be hearing a motion re settlement on the same date/time for this matter?

Please advise.  Thank you.

Al Garcia

Legal Assistant

McGuinn, Hillsman & Palefsky

535 Pacific Avenue

San Francisco, CA  94133

Tel:  (415) 421-9292

Fax:  (415) 403-0202

Email:  agarcia@mhpsf.com